UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RUBEN VELEZ,

                        Plaintiff,

     -v-

JOHN DOE et al.,                                 06 Civ. 13186 (PAE)

                        Defendants.          ORDER
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/11

PAUL A. ENGELMAYER, District Judge:

      On January 25, 2010, Magistrate Judge Henry Pitman, to whom this case has been referred for both general pretrial and dispositive motions, issued an Order to Show Cause instructing plaintiff to advise the Court whether, after multiple missed deadlines and seven months of inactivity in the case, he had any continued interest in prosecuting this action. Magistrate Judge Pitman instructed plaintiff to respond no later than March 1, 2010.

      On October 6, 2011, Magistrate Judge Pitman issued a Report and Recommendation, which is attached hereto and incorporated herein, advising that the Court has received no response from plaintiff, and recommending that this case be dismissed with prejudice on the ground that it has been abandoned by plaintiff. No objections were received by the statutory deadline.

      A district court evaluating a Magistrate Judge's report may adopt those portions of the report to which no specific written objections are made, as long as the factual and legal bases supporting the findings and conclusions set forth in those sections are not clearly erroneous or contrary to law. Federal Rules of Civil Procedure 72(b); see also Thomas v. Arn, 474 U.S. 140, 149-53 (1985); Greene v. WCI Holdings Corp., 956 F. Supp. 509, 513 (S.D.N.Y. 1997).

      This Court therefore adopts the Report and Recommendation of Magistrate Judge Pitman, issued October 6, 2011, in its entirety, and IT IS HEREBY ORDERED that this case be dismissed with prejudice.

                                                  */s/ Paul A. Engelmayer*
                                            Paul A. Engelmayer
                                            United States District Judge

Dated: November 1, 2011
       New York, New York